IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN VALENCIA, )<br>        Petitioner, )<br>vs. )<br>KATHLEEN ALLISON, Warden, )<br>        Respondent. ) | No. C 10-2567 CRB (PR)<br><br>ORDER OF DISMISSAL |

    Petitioner seeks federal habeas review of (1) a conviction from Stanislaus County Superior Court, which lies within the venue of the Eastern District of California, 28 U.S.C. § 84(b), and (2) a conviction from San Luis Obispo County Superior, which lies within the venue of the Central District of California, id. § 84(c). Petitioner is incarcerated at California Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran), which lies within the venue of the Eastern District of California. Id. § 84(b).

    Venue is proper in a habeas action in either the district of confinement or the district of conviction, id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

1       Because neither conviction petitioner seeks to challenge was obtained in this
2 district, and petitioner is not confined in this district, the instant action will be
3 DISMISSED without prejudice to petitioner seeking federal habeas review of his
4 Stanislaus County conviction in the Eastern District and his San Luis Obispo County
5 conviction in the Central District of California.
6 SO ORDERED.
7 DATED: June 21, 2010
8                                       CHARLES R. BREYER
                                      United States District Judge

G:\PRO-SE\CRB\HC.10\Valencia, E1.dismissal.wpd

2